therefore has failed to prosecute this cause with the requisite diligence.

Upon consideration thereof, it is ordered by the court that this cause is dismissed.

It is further ordered that a mandate be sent to and filed with the clerk of the Court of Appeals for Marion County.

## CASE ANNOUNCEMENTS

*July 24, 2014*

[Cite as *07/24/2014 Case Announcements #2*, 2014-Ohio-3248.]

## MOTION AND PROCEDURAL RULINGS

**2014–1260.   State v. DeWitt.**
Henry App. No. 7–14–01. This cause is pending before the court as a jurisdictional appeal.

Upon review of the motion for stay of judgment of the Third District Court of Appeals, it is ordered by the court that appellee shall file a response, if any, to the motion for stay no later than 10:00 a.m. on Friday, July 25, 2014.

## CASE ANNOUNCEMENTS

*July 25, 2014*

[Cite as *07/25/2014 Case Announcements*, 2014-Ohio-3247.]

## MOTION AND PROCEDURAL RULINGS

**2013–1951.   Ross v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2013–607. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of appellants' motion to strike appellees' brief, it is ordered by the court that the motion is denied. It is further ordered that appellants may file a reply brief within 20 days of the date of this entry.

## CASE ANNOUNCEMENTS

*July 25, 2014*

[Cite as *07/25/2014 Case Announcements #2*, 2014-Ohio-3270.]

## MOTION AND PROCEDURAL RULINGS

**2014–1260.   State v. DeWitt.**
Henry App. No. 7–14–01. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's motion for stay of the judgment of the Third District Court of Appeals, it is ordered by the court that the motion is denied.

## CASE ANNOUNCEMENTS

*July 28, 2014*

[Cite as *07/28/2014 Case Announcements*, 2014-Ohio-3268.]